UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAGIK MELKUMYAN,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMANTHA POWER, Administrator, U.S. Agency for International Development,<br><br>    Defendant. | Civil Action No. 21-2700 (GMH) |

## <u>STIPULATION OF DISMISSAL</u>

Pursuant to the parties' settlement agreement in this matter, the parties to this action hereby stipulate to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

\* \* \*

- 2 -

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

_____
*/s/ Neil S. Hyman*

Neil S. Hyman, Esquire
DC Bar No. 465047
Law Office of Neil S. Hyman, LLC
4520 East West Highway, Suite 700
Bethesda, Maryland 20814
301-841-7105 (ph)
301-986-1301 (f)
neil@neilhymanlaw.com

BRIAN P. HUDAK
Chief, Civil Division


By: _____
*/s/ Douglas C. Dreier*

DOUGLAS C. DREIER
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

_____
*/s/ Russell A. Bikoff*

Russell A. Bikoff
Attorney and Counselor at Law
PO Box 615
McLean, VA 22101
Alt: 2101 L Street, NW, Suite 300
Washington, D.C. 20037
Tel. 202.466.8270
Cell 703.863.3134
E-mail: Rab@BikoffLaw.com
        BikoffLaw@Verizon.net

*Attorneys for the United States of America*

*Attorneys for Plaintiff*



Dated: ___July 2_____, 2024